FILED
CLERK, U.S. DISTRICT COURT

3/27/2018

CENTRAL DISTRICT OF CALIFORNIA
BY: ___BH___ DEPUTY

**JS-6**   rf

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAM STRUBLE,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>ELECTRONIC DOCUMENT PROCESSING, INC., et al,<br><br>　　　　Defendants.<br>_____ | Case No. 2:17-cv-08579 VAP (GJSx)<br><br>**ORDER OF DISMISSAL** |

　　The Court having been advised by counsel for the parties that the above-entitled action has settled,

　　**IT IS ORDERED** that this action be, and hereby is, dismissed in its entirety without prejudice.

　　THE COURT to retain jurisdiction for a period of **thirty (30) days** to enforce the terms of the settlement.

Dated: March 27, 2018

　　　　　　　　　　　　　　　　　　　　/s/ Virginia A. Phillips
　　　　　　　　　　　　　　　　　　　　VIRGINIA A. PHILLIPS
　　　　　　　　　　　　　　　　　　　　Chief United States District Judge

s:\vap\crd's forms\3-ord-dism settled.frm